IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| ---------------------------------------------------- | § | |
| This Order Relates To: *Melisa Brown v. DePuy Orthopaedics, Inc., et al.* 3:19-cv-0839-K | § § § § | |

## ORDER GRANTING MOTION TO DISMISS

Before the Court are Plaintiffs Counsel's Motion to Withdraw as Counsel for Plaintiff, and Defendants DePuy Orthopaedics, Inc., DePuy International Limited, DePuy, Inc., Johnson and Johnson, Johnson and Johnson Services, Inc. and Johnson and Johnson Internationals' Motion to Dismiss in the above listed case.

On September 11, 2019, the Court entered Case Management Order No. 12 (Administrative Order), that required the litigants to respond to and produce specified information regarding their claims. *See* Doc. No. 1054, filed in 3:11-MD-2244-K.

On December 17, 2019, herein after ("Dec. 17, 2019 Order"), the Court entered an Order to address motions filed by attorneys seeking to withdraw without substitution of new counsel, and situations where replacement counsel has made a timely notice of appearance and outlines their responsibilities moving forward in this MDL. *See* Doc. No. 1067, filed in 3:11-MD-2244-K.

Pursuant to the Dec. 17, 2019 Order, attorneys seek to withdraw without substitution of new counsel they were required to: "1. Existing counsel for any plaintiff shall certify that a copy of any motion to withdraw and a copy of this Order were served on each plaintiff; and "2. Plaintiff shall have 60 days from the date of service of the motion to withdraw and a copy of this order to obtain replacement counsel. If no replacement counsel files a timely notice of appearance, Defendants may file a motion to dismiss for failure to comply with Case Management Order No. 12." *See Id.*

After a careful review of the motion to withdraw, the Court finds that the motion complies with the Court's Dec. 17, 2019 Order.  Furthermore, a review of the record in these cases shows that 60 days has passed since the filing of the motions to withdraw and plaintiffs have not obtained replacement counsel.

Therefore, pursuant to the Dec. 17, 2019 Order, Plaintiffs Counsel's Motion to Withdraw as Counsel for Plaintiff is **GRANTED,** and Plaintiff's Counsel is withdrawn. Further, Defendants' Motion to Dismiss is **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE**.  All fees and costs to be borne by each party incurring same.

**SO ORDERED.**

Signed September 7th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE